General Complaint Form for Pro Se Litigants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
03 JAN 10 PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

Beverly Anne Brabham   1-9-03

_____

_____
(Enter above the full names(s) of the
plaintiff(s) in this action.)

CV-03-BE-0064-S

vs.

Judge Roy Landrum
City of Adamsville
ADAMSVILLE POLICE DEPT.
Officers Henderson/Bentley
(Enter above the full name(s) of the
defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of _____ Adamsville, Ala. . Plaintiff resides at P.O. Box 273 _____ Rd. Adamsville, AL. 35005 .

2. Defendant Judge Roy Landrum is a corporation incorporated under the laws of Alabama, Jefferson County and has a main office at 2044 Forestdale Blvd. and is licensed to do business in Alabama . Defendant's official business address is 2044 Forestdale Blvd. Adamsville, Al. 35005 .

OR

Defendant _City of Adamsville, AL. Judge Roy Landrum_

is a United States government agency.

OR

Defendant _Same_

is a state agency.

OR

Defendant _Officer Henderson, Officer Bentley_ is a resident of _Jefferson Co._. Defendant resides at _4828 Main St. Adamsville, AL 35005_.

3. The jurisdiction of this court is invoked pursuant to _28 U.S.C.S. 2254 HABEAS CORPUS; 42 U.S.C.S. 1983 Complaint_. (List statutes.) (Constitutional (Federal) question)

4. Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Judge Roy Landrum - (1) Refused four times to appoint counsel. (2) Made very rude and degrading comments toward me, especially in my attempts to excercise the Constitutional Right to have Counsel appointed. (3) Stated that I could hire my own lawyer or I would be tried without one. (Those are his words to everyone who goes before him + requests the appointment of an atty.) (4) My indigency has never been considered. (5) The judge blurted out that I was ignorant for putting a Federal Court Address and Atty. General Bill Pryor's address on something when I was in that court, and that court only. He said I was trying to be cute or funny for it

Judge Landrum made these comments & innuendos as I walked off: "What's her problem, is she afraid of work, won't work, or what? Huh, the ignorance of her trying to write something up with these addresses on it. In all my 28 years, I've never heard of anything so crazy. What's wrong with her."

This was quite embarrassing, humiliating, & degrading with all eyes on me & snickering in the court room. I am serious about needing an attorney to represent me on this frivolous charge. This could be very harmful and I want to protect my record.

5. **Relief**

State briefly exactly what you want the court to do for you. Do not make legal arguments.

I would like for the court to protect/enforce my guaranteed Constitutional right for the appointment of Counsel and due process. I was in the bathroom of my home when the arresting officer arrived (at my home), called me out of the house and arrested me for DUI. My Miranda rights were not read, nor was I operating a vehicle. I was in the privacy of my home; he entered without permission.
* It is my right to be represented and I have no money to hire an attorney.

_Beverly Anne Brabham_
Signature of Plaintiff

205-915-8002
Telephone Number

BEVERLY ANNE BRABHAM
Name (Please Print)

Dated: 1-9-03

P.O. Box 273
Address

Adamsville, Al. 35005
City, State       Zip Code

3

* Pages added at the end.

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

### OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_Beverly Anne Brabham_
Signature of Plaintiff

Dated: _01-09-03_

4

Thursday, January 09, 2003

    The enclosed request for relief was filed in the Municipal Court of Adamsville, Alabama on January 7, 2003. I appeared in Court that day to request that I be appointed an attorney for my defense.

    The judge was very rude to me and made the following comments concerning the enclosed request for relief, comments to the entire courtroom, and to me.

    He said, "Who wrote this up?" I said, "I did". He said, "Huh, you sho' didn't know what you were doing, did you, coming in here with this ignorance. Don't you ever bring anything like this in here, acting dumb and putting a Federal Court's address and an Attorney General's address on here. You are in this court and this court only. What is all of this about?" The Clerk, Jan, sitting next to him, told him that it was a request for the appointment of Counsel. He said, "Good God, in all my 28 years up here on this bench, I have never seen such foolishness in my life, you trying to be cute or something?" I was, of course, not given a chance to answer any of these facetious questions. He told me to be back in two weeks. He told me, like he did everyone else before him, to hire an attorney, or that we'd be tried without one.

    At one point, just before sentencing a man to 60 days in jail, he told him that getting an attorney is like buying a new car; you get a job and make the payments on a new car. (The man had requested that an attorney be appointed for his defense, but was refused and sentenced right then.) The two really seem unrelated, buying a car and hiring an attorney. I need both and can't afford either.

As I walked away, he blurted out further innuendos and degrading comments: "Look a here, I can't believe this mess, I've never seen anything like it. what is it, what? Is she afraid to work?

    It was most humiliating, embarrassing, and degrading to have all eyes on me and to hear the snickering to humor the Judge.

The enclosed is what the case is about, but my request from this Honorable Court is that I may receive the relief so due.

Respectfully submitted,

*Beverly Anne Brabham*

**Beverly Anne Brabham**

*Filed in
Adamsville, Al.
Court
1-7-03*

Tuesday, January 07, 2003

U.S. District Court (Northern Division)
Birmingham, Alabama

STATE OF ALABAMA
Attorney General Bill Pryor
Montgomery, Alabama

Judge Roy Landrum
Adamsville Municipal Court
Adamsville, Alabama 35005

## EMERGENCY HABEAS CORPUS RELIEF

I, Beverly Anne Brabham, come now before this Honorable Court in the State of Alabama to present this emergency habeas corpus relief. The reasons below will confirm that immediate relief is due:

### Grounds for Relief

The judge in Adamsville, Alabama has refused to appoint counsel for my defense. My ability/ inability to pay for an attorney has not been considered. My Miranda Rights were not read to me.

On April 16, 2002, I was arrested out of my home for a DUI. An officer was called by a neighbor, because they heard an argument between my boyfriend and me. Officer Bentley arrived and asked me if we were arguing. I said no, and <u>walked in the house</u>. I had just sat down in the car to remove a tape that was playing and tune in the radio for my boyfriend who was in the yard. The keys were in the house, because the acc. switch stays on when the key is removed. The knob to lock the ignition is broken. The car was inoperable at the time due to a bad hub bearing, left front.

I was in the bathroom, undressed and getting ready to take a shower when another officer, Henderson, who had arrived while I was inside my home, knocked on the bathroom door and wanted the keys to the car. I got dressed, got the keys from the kitchen drawer where they are kept, and took them to him. He and officer Bentley saw a sandwich bag under the tape in had removed. Bentley commented, "I think I can smell it". The baggie contained change (coins) that I keep on the console. I felt that this discovery angered Officer Henderson. I mentioned that there are some 'rights' that people have when they are in their own home, yard, and private property. Henderson immediately grabbed me and said that I was under

arrest, (because he was angry). HENDERSON MADE AN ARREST FOR DUI, AND I WAS IN MY HOME BEHIND A LOCKED BATHROOM DOOR WHEN HE ARRIVED.

I was NOT READ MY MIRANDA RIGHTS. My boyfriend even asked what I was being arrested for and was estounded to hear the Officer say, DUI. I had been in the house for aprroximately 20 minutes when he arrived! I was not in the car. They keys were in the house the entire day. The car had not been driven due to the bad hub bearing, and <u>we frequently use the car stereo and tape player while in the yard</u>. My only conversation with Officer Bentley was, "no, we are not arguing". However, the report was done by him. He gave me a breathilizer 2 hours after Henderson's arrest. I saw it register very low. He threw the test away and said, "You refused it." I said, no I did not. He then printed out a 'refusal' sheet of paper. I requested a blood and/or urine test, because even though this arrest was frivolous, I could not have possibly registered anywhere near intoxicated. I had had very little alcohol at the time. He refused both, even with my plea that I wanted it for my defense. (Apparently the low results didn't suit him, and this has been known to be done by other officers).

The house and yard are not visible from the public road, and I was inside the (supposedly) privacy of my own home when arrested for DUI. The driveway is one-way in, one-way out. the yard is approximately 300 yards from the road, and is in the woods. As stated earlier, we frequently use the car stereo when in the yard.

### Case Action to Date

**May 20, 2002**
I went to Court. The clerk stated that I was not on the Docket because they were attempting to make this a felony offense. <u>A felony offense for an arrest by an Officer, who arrived and arrested me out of a locked bathroom in my home!!!</u> The case is being handled as a misdemeanor.

**November 19, 2002**
I went back to court. I was being charged with a third DUI. The priors were from 10 years ago and are not certified. I pled "NOT GUILTY", of course, and was told by the Judge and the D. A. to get a lawyer. I attempted to inform both that I was unable to afford an attorney, but was cut off by both and not allowed to say anything.

**December 17, 2002**
I returned to court. I informed the judge that I did not have a lawyer and could not afford one at the time. I asked him if he would appoint one. He refused. He told me that he would give me until January 7, 2003 to get a job and hire a lawyer. This seemed unreasonable because the week after

was Christmas, then New Years, then the very next week, court. Impossible! Even if I got a job, I would be unable to afford an attorney at the rates I was quoted by the ones that I called.

**January 7, 2003**
I filed a copy of this Habeas Corpus, prior to this court date, and I am now adding to it. I went before the judge and, he immediately asked what this was about. I stated that I am requesting the appointment of an Attorney. The Federal Court and Alabama Attorney General's addresses were already on the request for relief.

## HABEAS CORPUS

I, Beverly Brabham, am writing for this immediate action for relief and release because it is illegal confinement. I will literally be IN JAIL, without representation, because I am indigent, and the judge has refused to appoint an attorney.

1. My Miranda rights were not read to me.

2. I had been inside the house a long while before the arresting officer arrived, and he had no basis for the arrest. I was refused a blood and/or urine test, after the Officer said I refused the test, which I DID NOT REFUSE! The fact is that I passed it, and he did not like the results.

3. My indigency and ability to hire an attorney has been ignored.

4. My constitutional due process rights are and have been violated.

5. The case and its merits have not been heard, NOR have I faced my accuser.

6. An arrest is NOT a conviction.

7. Constitutional Fundamental unfairness and Due Process violations.

## CONCLUSION

Based on the foregoing, I, Beverly Brabham, am due immediate Habeas Corpus relief. I have been denied due process of the law, and I am attempting to prevent being illegally incarcerated for being indigent, and without representation by Counsel.

I pray that immediate action will be taken on this matter, as liberty was too dearly bought by our forefathers for a United States citizen's Constitutional

Right to due process to be so violated.

Respectfully submitted,

*Beverly Brabham*

Beverly Brabham
Pro Se (due to inability to afford an attorney)